**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | | No. 1:13-cr-16 |
| *Plaintiff*, : | | |
| : | | |
| v. : | | |
| : | | Chief Judge Susan J. Dlott |
| JAMES NAPIER, : | | |
| *Defendant*. : | | |

### RESPONSE OF THE UNITED STATES TO NAPIER'S MOTION TO CONTINUE TRIAL

The United States respectfully submits this response to James Napier's motion to continue the trial (doc. #64). As stated during the November 7, 2013 conference, although diligently seeking to bring Napier to trial in a speedy manner, the United States simultaneously wants to ensure that defense counsel has the preparation time necessary for effective representation, particularly in light of the motion's representation that the "trial of this matter is extremely complex from the defense perspective." Therefore, the United States does not oppose the instant motion. The United States does request that the Court include in any order granting Napier's motion the reasons for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial, as well as the specific time period that is excluded from the speedy trial computation as the result of the continuance.

*Conclusion*

The United States has no opposition to Napier's motion to continue the trial, but requests that the Court make findings as set forth above in granting the same.

    Respectfully submitted,

    CARTER M. STEWART
    United States Attorney

    s/Benjamin C. Glassman
    CHRISTY L. MUNCY (KY 88236)
    BENJAMIN C. GLASSMAN (0077466)
    Assistant United States Attorneys
    221 East Fourth Street
    Suite 400
    Cincinnati, Ohio 45202
    (513)684-3711
    Fax: (513)684-6385
    Benjamin.Glassman@usdoj.gov

Certificate of Service

I certify that I filed this Response to Napier's Motion to Continue the Trial with the Court's CM/ECF system this 8th day of November, 2013, which provides electronic service to counsel for Napier, Richard Smith-Monahan.

s/Benjamin C. Glassman
BENJAMIN C. GLASSMAN (0077466)
Assistant United States Attorney